**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00100-CV
## No. 05-15-00101-CV

**IN RE CHANNING WAIR, Relator**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0951478-R; F-0951425-R**

# ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/  ADA BROWN
   JUSTICE